■ In the Matter of B. L. ROTHSTEIN, Appellant-Respondent, against COUNTY OPERATING CORP., Respondent, and EDWARD P. LARKIN et al., Constituting the Town Board of the Town of Hempstead, Respondents-Appellants. — In a proceeding to review a determination of the Town Board of the Town of Hempstead granting County Operating Corp. a permit for a gasoline service station, B. L. Rothstein, a neighboring property owner, appeals from so much of the order as dismissed his petition on the merits. The Town Board appeals from so much of the order as denies its cross motion to dismiss the petition on the ground that its approval of the application in accordance with its zoning ordinance was a legislative act which is not subject to judicial review. Order unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ.

■ IDA LETT et al., Respondents, v. IRVING ROSENBLUM, Appellant. IRVING ROSENBLUM, Appellant, v. IDA LETT et al., Respondents.—In a consolidated action to recover damages for injuries to person and property and for medical expenses and loss of services, the appeal is from a judgment, entered on a jury's verdict, in favor of respondents against appellant. Judgment reversed and a new trial granted, with costs to abide the event. In our opinion the verdict is against the weight of the credible evidence. Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ., concur.